BRIGGS LAW CORPORATION [FILE: 1908.00]
Cory J. Briggs (State Bar no. 176284)
cory@briggslawcorp.com
99 East "C" Street, Suite 111
Upland, CA 91786
Telephone: 909-949-7115

Attorneys for Plaintiff Marcus Bush

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BUSH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JERRY JONES; LYDIA ROMERO; and DOES 1 through 100,<br><br>　　　　Defendants. | CASE NO. **'17CV2036 LAB MDD**<br><br>**COMPLAINT FOR DAMAGES BASED ON RETALIATION IN VIOLATION OF FIRST AMENDMENT AND OTHER RIGHTS**<br><br>** JURY REQUESTED ** |

Plaintiff MARCUS BUSH ("Plaintiff") alleges as follows:

1. Plaintiff brings this lawsuit to seek redress for retaliatory actions taken against him by Lemon Grove City Councilmember Jerry Jones ("JONES") and Lemon Grove City Manager Lydia Romero ("ROMERO") after Plaintiff made a public statement on Facebook that was critical of JONES. Too thin-skinned to accept even reasonable criticism, JONES abused his position as an elected official and, with the assistance and influence of ROMERO, directed employees of the City of Lemon Grove to contact Plaintiff's employer, who holds a lucrative contract with the City, and urge that Plaintiff be fired. As a consequence, Plaintiff was indeed subjected to adverse treatment at work.

**Parties**

2. Plaintiff was at all relevant times a resident of the County of San Diego in the State of California.

3. JONES was at all relevant times a member of the Lemon Grove City Council in the City of Lemon Grove, State of California. JONES is not currently being sued in an official capacity.

4. ROMERO was at all relevant times the City Manager of the City of Lemon Grove, State of California. ROMERO is not currently being sued in an official capacity.

5. Plaintiff is informed and believes and on that basis alleges that, at all times stated in this pleading, each Defendant was the agent, servant, or employee of every other Defendant and was, in doing the things alleged in this pleading, acting within the scope of said agency, servitude, or employment and with the full knowledge or subsequent ratification of his principals, masters, and employers. Alternatively, in doing the things alleged in this pleading, each Defendant was acting alone and solely to further his own interests.

6. The true names and capacities of the Defendants identified as DOES 1 through 100 are unknown to Plaintiff, who will seek the Court's permission to amend this pleading in order to allege the true names and capacities as soon as they are ascertained. Plaintiff is informed and believes and on that basis alleges that each of the fictitiously named Defendants 1 through 100 has some degree of liability to Plaintiff or has some other cognizable interest in this lawsuit.

## Jurisdiction and Venue

7. This Court has federal-question jurisdiction over this lawsuit pursuant to Section 1983 of Title 42 of the United States Code, among others provisions of law.

8. Venue is proper in this District pursuant to Section 1391 of Title 28 of the United States Code because a substantial part of the events or omissions giving rise to the claim occurred in the County of San Diego.

*FIRST CAUSE OF ACTION*:
**Retaliation for Political Speech Protected by the First Amendment**
(Against All Defendants)

9. On or about July 31, 2017:

    A. Plaintiff was employed by Rick Engineering.

    B. At roughly 8:17 p.m., Plaintiff wrote the following comment on Facebook in response to the announcement that James Elia would be running for El Cajon City Council: "Time to usher in a new era of progressives and leave behind the ugly, thinly-veiled racist tendencies of men like

Jerry Jones ["JJ"] and Bill Wells. [¶] So excited for James' campaign!" A true and correct copy of the Facebook comment is attached to this pleading as Exhibit "A."

   C. At roughly 9:42 p.m., JONES wrote the following e-mail message to ROMERO: "I understand that Marcus Bush either worked for or works for Rick Engineering and Mooney. On a post made by Council Member Arambula endorsing James Elia he made some pretty inflammatory remarks concerning myself and Mayor Wells. To quote, 'Time to usher in a new era of progressives and leave behind the ugly, thinly-veiled racist tendencies of men like Jerry Jones and Bill Wells.['] If this person is still working in the area I hope he doesn't not [*sic*] see any time in Lemon Grove. We need objective professionals that will serve the needs of the people of Lemon Grove. We do not need this kind of poison in our little city." A true and correct copy of the e-mail message is attached to this pleading as Exhibit "B."

  10. Plaintiff is informed and believes and on that basis alleges that:

   A. Shortly after the aforementioned e-mail message was sent by JONES to ROMERO, she instructed Lemon Grove employee Mike James to contact Tim Gabrielson, who worked for Rick Engineering ast the time but was based at city hall as an in-house engineer, and order him (Gabrielson) to have the company tell Plaintiff to stop criticizing JONES.

   B. Within a day of being contacted by Mr. Gabrielson, Plaintiff's supervisor, Brian Mooney, sent Plaintiff a text message stating: "Marcus there is a rumor out there the [*sic*] you placed a negative comment about a lemon grove councilman on Facebook, do you know anything about it? Call me so I can straighten it out." Plaintiff responded to Mr. Mooney via text message, admitted to making the post, and explained that he (Plaintiff) did so as a private citizen in response to attacks by JONES on Plaintiff's elected representative in the California Assembly over Assembly Bill 805. Mr. Mooney then wrote back: "Marcus you identify yourself on your LinkedIn as a Rick employee and the councilman is our client so anything you post directly effects this company. I have been notified and all the management by the City Manager. We will discuss this internally and get back with you but I personally believe you went far beyond any civil, meaningful or constructive comments." A true and correct copy of the text messages is attached to this pleading as Exhibit "C."

C. Defendants intended to "pay back" Plaintiff for his political criticism of JONES on Facebook by having Plaintiff's employer subject him to adverse personnel action.

11. Defendants' retaliatory conduct as alleged in this pleading violated, among other things, Plaintiff's right of free expression and to criticize the government as guaranteed by the First Amendment to the United States Constitution.

12. As a result of Defendants' illegal, retaliatory conduct as alleged in this pleading, Plaintiff has suffered a legally cognizable injury in an amount to be proven at trial and has "chilled" his political speech for fear of being the victim of further retaliation by JONES and other politicians.

13. Plaintiff requests a jury trial.

**Prayer**

FOR ALL THESE REASONS, Plaintiff respectfully prays for the following relief against Defendants:

A. General, special, incidental, and/or nominal damages according to proof;

B. Punitive damages according to proof;

C. Any and all legal fees and other expenses incurred by Plaintiff in connection with this lawsuit, including but not limited to reasonable attorney fees and costs; and

D. Any and all further relief that this Court may deem appropriate.

Date: October 4, 2017.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIGGS LAW CORPORATION

　　　　　　　　　　　　　　　By:　s/ Cory J. Briggs
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Marcus Bush

**COMPLAINT FOR DAMAGES BASED ON RETALIATION IN VIOLATION OF FIRST AMENDMENT AND OTHER RIGHTS**

Exhibit "A"



**James Elia For El Cajon Cit...**

**David Arambula** shared a **Page** — with **James Elia**.

JUL 31 AT 8:12PM

I've been promising East County that things were about to change dramatically - in a more positive and inclusive direction. I not only support James, I consider him a brother and endorse his campaign wholeheartedly. He is intelligent, hard-working, compassionate and an altogether amazing human being. Can't wait to see the awesome work James will do for El Cajon and East County, collectively. Can't wait to collaborate with him on the many projects to improve our region.



204 LIKES
James Elia For El Cajon City

Write a comment...

You, Mark Lane and 16 others


**Marcus Anthony Bush**
Time to usher in a new era of progressives and leave behind the ugly, thinly-veiled racist tendencies of men like Jerry Jones and Bill Wells.

So excited for James' campaign!
Mon at 8:17 PM · Like · Reply · 2


**James Elia**
My brother we will sweep east county together as one!!! As always I'm honored to serve my community with you
Mon at 8:36 PM · Like · Reply · 3


**Teri Jenkins**
Awesome! El Cajon certainly needs the help!
Tue at 9:38 AM · Like · Reply · 3

Write a comment...

**COMPLAINT FOR DAMAGES BASED ON RETALIATION IN VIOLATION OF FIRST AMENDMENT AND OTHER RIGHTS**

Exhibit "B"

**Lydia Romero**

**From:** Jerry Jones <councilmanjjones@gmail.com>
**Sent:** Monday, July 31, 2017 9:42 PM
**To:** Lydia Romero
**Subject:** FYI

I understand that Marcus Bush either worked for or works for Rick Engineering and Mooney. On a post made by Council Member Arambula endorsing James Elia he made some pretty inflammatory remarks concerning myself and Mayor Wells. To quote, "Time to usher in a new era of progressives and leave behind the ugly, thinly-veiled racist tendencies of men like Jerry Jones and Bill Wells. If this person is still working in the area I hope he doesn't not see any time in Lemon Grove. We need objective professionals that will serve the needs of the people of Lemon Grove. We do not need this kind of poison in our little city.

jj

https://www.facebook.com/profile.php?id=100012981364793&fref=nf



1

**COMPLAINT FOR DAMAGES BASED ON RETALIATION IN VIOLATION OF FIRST AMENDMENT AND OTHER RIGHTS**

Exhibit "C"

**Brian Mooney**
+1858█████

**B:** Marcus there is a rumor out there the you placed a negative comment about a lemon grove councilman on Facebook, do you know anything about it? Call me so I can straighten it out. — 10:12 AM

Yea it was about Jerry Jones and his criticizing my Assemblymember Lorena Gonzalez-Fletcher with thinly-veiled racist remarks. I called those remarks exactly that — 10:14 AM

It was all regarding her proposed bill AB805. And this is my personal Facebook page btw that has no connection to Rick Engineering. I don't even state that i work on my page. — 10:18 AM

But the fact that Jerry is trying to retaliate is pretty disturbing.

Either way, I know you guys have to be clear of politics at Rick so just tell them it's my personal page that you guys can't control, and I don't work at Rick Engineering anymore (technically I don't, I work for Baron HR).

I'll

VIEW ALL — 10:20 AM

Enter message

**Brian Mooney**
+1858[redacted]

10:18 AM — bill AB805. And this is my personal Facebook page btw that has no connection to Rick Engineering. I don't even state that i work on my page.

10:20 AM — But the fact that Jerry is trying to retaliate is pretty disturbing.

Either way, I know you guys have to be clear of politics at Rick so just tell them it's my personal page that you guys can't control, and I don't work at Rick Engineering anymore (technically I don't, I work for Baron HR).

I'll

VIEW ALL

Marcus you identify yourself on your LinkedIn as a Rick employee and the councilman is our client so anything you post directly effects this company. I have been notified and all the management by the CityManager. We will discuss this internally and get back with you but I personally believe you wen

VIEW ALL

10:39 AM

10:49 AM — I'm sorry Brian.

Enter message       SEND